**Order entered January 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01614-CV

### IN THE INTEREST OF Z.S., A CHILD

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-1102-X**

## ORDER

Before the Court is the third motion of Pamela Sumler, Official Court Reporter for the 305th Judicial District Court of Dallas County, Texas, for an extension of time to file the reporter's record. We **GRANT** the motion **TO THE EXTENT** that the reporter's record shall be filed **ON OR BEFORE MONDAY, JANUARY 13, 2014**. *See* TEX. R. APP. P. 35.3(c). We caution Ms. Sumler that no further extension to file the reporter's record will be granted in this accelerated appeal absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
         JUSTICE